Fill in this information to identify the case:

United States Bankruptcy Court for the:
Southern District of Texas

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | Mad Science Machining, LLC | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | A.M. Precision Machining  <br>TXSWISS FACTORY  <br>Texas Swiss Factory  <br>Texas Swiss  <br>A.M. Precision Machining, LLC | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 1 – 4 0 5 5 2 5 0 | |
| **4. Debtor's address** | **Principal place of business**  <br>2004 Airport Road  <br>Number       Street  <br>Spring, TX 77391-3201  <br>City                                State    ZIP Code  <br><br>Harris  <br>County | **Mailing address, if different from principal place of business**  <br>Number       Street  <br>City                                State    ZIP Code  <br><br>**Location of principal assets, if different from principal place of business**  <br>Number       Street  <br>City                                State    ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  <br>☐ Partnership (excluding LLP)  <br>☐ Other. Specify: | |

Debtor  __Mad Science Machining, LLC_____  Case number *(if known)* _____
       Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>❑ Railroad (as defined in 11 U.S.C. §101(44))<br>❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>❑ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>❑ Tax-exempt entity (as described in 26 U.S.C. §501)<br>❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>_3_ _3_ _2_ _7_ |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>❑ Chapter 7<br>❑ Chapter 9<br>☑ Chapter 11. *Check **all** that apply:*<br>   ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ❑ A plan is being filed with this petition.<br>   ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>❑ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>❑ Yes.  District _____  When _____  Case number _____<br>                                                MM / DD / YYYY<br>        District _____  When _____  Case number _____<br>                                                MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>❑ Yes.  Debtor _____  Relationship _____<br>        District _____  When _____<br>                                                     MM / DD / YYYY<br>        Case number, if known _____ |

Debtor    Mad Science Machining, LLC    Case number *(if known)* _____
             Name

| | |
|---|---|
| **11. Why is the case filed in *this* district?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>     Number   Street<br>_____<br>_____<br>City                              State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>         Contact name _____<br>         Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49      ☐ 50-99      ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999    ☐ 10,001-25,000                    ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000            ☑ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000       ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000      ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million ☐ More than $50 billion |

Debtor     Mad Science Machining, LLC                                    Case number *(if known)* _____
           Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/07/2023
             MM/ DD/ YYYY

X  /s/ Ryan Madsen                                  Ryan Madsen
Signature of authorized representative of debtor    Printed name

Title            President

**18. Signature of attorney**

X         /s/ Robert C Lane                    Date  09/07/2023
Signature of attorney for debtor                     MM/ DD/ YYYY

Robert C Lane
Printed name

The Lane Law Firm
Firm name

6200 Savoy Dr Ste 1150
Number     Street

Houston                                        TX          77036-3369
City                                           State       ZIP Code

(713) 595-8200                                 notifications@lanelaw.com
Contact phone                                  Email address

24046263                                       TX
Bar number                                     State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page **4**

**Fill in this information to identify the case:**

Debtor name: Mad Science Machining, LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Ascentium Capital<br>23970 US-59<br>Kingwood, TX 77339 | | 2019 Cincom Citizen L20 | | | | $78,738.96 |
| 2 | Ascentium Capital<br>23970 US-59<br>Kingwood, TX 77339 | | 2019 Cincom Citizen L20 | | | | $32,126.64 |
| 3 | Banterra Bank<br>1404 Rt. 45<br>Eldorado, IL 62930 | | 2012 Citizen M32 VII CNC Swiss | | | | $211,000.00 |
| 4 | Everest Business Funding<br>5 West 37th St 2nd Floor<br>New York, NY 10018 | | Merchant Cash Advance | Disputed | | | $125,000.00 |
| 5 | Falcon Leasing<br>28 11th Ave S. STE 103<br>Saint Cloud, MN 56301 | | 2012 Citizen M32 VII CNC | | | | $153,137.00 |
| 6 | Falcon Leasing<br>28 11th Ave S. STE 103<br>Saint Cloud, MN 56301 | | 2010 DMG MORI DuraVertical MILL | | $46,900.00 | $35,000.00 | $11,900.00 |
| 7 | Highland Capital Corp<br>5 Center Ave<br>Little Falls, NJ 07424 | | 2012 Miyano BNA-42MSY CNC Lathe | | $161,289.07 | $75,000.00 | $86,289.07 |
| 8 | Highland Capital Corp<br>5 Center Ave<br>Little Falls, NJ 07424 | | 2020 Zeiss Measuring System CMM | | $91,632.00 | $85,000.00 | $6,632.00 |

Debtor    Mad Science Machining, LLC    Case number *(if known)* _____
          Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | Leaf Commercial Capital, Inc.<br>One Commerce Square<br>2005 Market Street 14th Floor<br>Philadelphia, PA 19103 | | | | | | $8,300.00 |
| 10 | Midland Equipment Finance<br>PO Box 24245<br>Seattle, WA 98124 | | Citizen M(4)32 VIII (4M8) Swiss | | | | $195,000.00 |
| 11 | Midland Equipment Finance<br>PO Box 24245<br>Seattle, WA 98124 | | #M1New VC 3600 with Fanuc O1-M Control | | | | $150,000.00 |
| 12 | North Mill Credit Trust<br>81 Throckmorton Ave<br>Mill Valley, CA 94941 | | 2019 Cincom Citizen L20 | | | | $60,084.00 |
| 13 | Overton Funding LLC<br>2802 N 29th Avenue<br>Hollywood, FL 33020 | | Merchant Cash Advance | Disputed | | | $30,000.00 |
| 14 | Pawnee Leasing Corporation<br>3801 Automation Way Suite 207<br>Fort Collins, CO 80525 | | 2012 Citizen Cincom K16 Lathe | | $139,042.35 | $55,000.00 | $84,042.35 |
| 15 | Slim Capital, LLC<br>9301 Wilshire Blvd. Suite 425<br>Beverly Hills, CA 90210 | | 2018 DOOSAN VC3600 Vertical Mill | | $128,539.72 | $75,000.00 | $53,539.72 |
| 16 | Spartan Business Solutions, LLC d/b/a Spartan Capital<br>371 E Main St. Suite 2<br>Middletown, NY 10940 | | Merchant Cash Advance | Disputed | | | $150,000.00 |
| 17 | Wintrust Specialty Finance<br>5403 Olympic Drive NW STE 200<br>Gig Harbor, WA 98335 | | 2021 Nomura CNC Lathe | | $280,000.00 | $215,000.00 | $65,000.00 |
| 18 | Wintrust Specialty Finance<br>5403 Olympic Drive NW STE 200<br>Gig Harbor, WA 98335 | | 2007 DMG MORI Vertical Mill | | $32,000.00 | $25,000.00 | $7,000.00 |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Texas

**In re**    Mad Science Machining, LLC

Case No. _____

**Debtor**

Chapter ____11____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................................   $47,500.00

   Prior to the filing of this statement I have received ....................................................................   $45,000.00

   Balance Due ................................................................................................................................   $2,500.00

2. The source of the compensation paid to me was:

   ☑ Debtor         ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor         ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 09/07/2023 | /s/ Robert C Lane |
|---|---|
| *Date* | Robert C Lane |
| | *Signature of Attorney* |

Bar Number: 24046263
The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369
Phone: (713) 595-8200
Fax: (713) 595-8201

The Lane Law Firm
*Name of law firm*

Page 2 of 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Mad Science Machining, LLC**                                   CASE NO

                                                                                                CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date     09/07/2023          Signature          /s/ Ryan Madsen
                                                                    Ryan Madsen, President

ASCENTIUM CAPITAL
23970 US-59
KINGWOOD, TX 77339


BANK OF THE WEST
475 SANSOME STREET 19TH FLOOR
SAN FRANCISCO, CA 94111


BANTERRA BANK
1404 RT. 45
ELDORADO, IL 62930


BLUEVINE CAPITAL INC.
401 WARREN ST 300
REDWOOD CITY, CA 94063


CELTIC BANK CORP
268 SOUTH STATE STREET SUITE 300
SALT LAKE CITY, UT 84111


EVEREST BUSINESS FUNDING
5 WEST 37TH ST 2ND FLOOR
NEW YORK, NY 10018


FALCON LEASING
28 11TH AVE S. STE 103
SAINT CLOUD, MN 56301


HIGHLAND CAPITAL CORP
5 CENTER AVE
LITTLE FALLS, NJ 07424

JASON GANG
1245 HEWLETT PLAZA 478
HEWLETT, NY 11557


LEAF COMMERCIAL CAPITAL, INC.
ONE COMMERCE SQUARE
2005 MARKET STREET 14TH FLOOR
PHILADELPHIA, PA 19103

MAD SCIENCE MACHINING, LLC
2004 AIRPORT ROAD
SPRING, TX 77391-3201


MIDLAND EQUIPMENT FINANCE
PO BOX 24245
SEATTLE, WA 98124


NORTH MILL CREDIT TRUST
81 THROCKMORTON AVE
MILL VALLEY, CA 94941


OVERTON FUNDING LLC
2802 N 29TH AVENUE
HOLLYWOOD, FL 33020


PAWNEE LEASING CORPORATION
3801 AUTOMATION WAY SUITE 207
FORT COLLINS, CO 80525


SLIM CAPITAL, LLC
9301 WILSHIRE BLVD. SUITE 425
BEVERLY HILLS, CA 90210

SPARTAN BUSINESS SOLUTIONS, LLC D/B/A SPARTAN CAPITAL
371 E MAIN ST. SUITE 2
MIDDLETOWN, NY 10940

STEARNS BANK
PO BOX 750
500 13TH STREET
ALBANY, MN 56307

THE LANE LAW FIRM
6200 SAVOY DR STE 1150
HOUSTON, TX 77036-3369

U.S. SMALL BUSINESS ADMINISTRATION
LITTLE ROCK COMMERCIAL LOAN SERVICING CENTER
2120 RIVERFRONT DRIVE SUITE 100
LITTLE ROCK, AR 72202

US BANK
PO BOX BOX 790448
SAINT LOUIS, MO 63179

WINTRUST SPECIALTY FINANCE
5403 OLYMPIC DRIVE NW STE 200
GIG HARBOR, WA 98335

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Mad Science Machining, LLC**

CASE NO

CHAPTER **11**

### DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY PETITION, LISTS, STATEMENTS, AND SCHEDULES

**PART I: DECLARATION OF PETITIONER:**

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

- [ ] *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* -- I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

- [x] *[Only include if petitioner is a corporation, partnership or limited liability company]* -- I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date 09/07/2023

/s/ Ryan Madsen
Ryan Madsen
President
EIN No.  5 2 5 0

**PART II: DECLARATION OF ATTORNEY:**

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date 09/07/2023

/s/ Robert C Lane
Robert C Lane
Attorney

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

| | |
|---|---|
| a. Total assets | $1,722,851.00 |
| b. Total debts (including debts listed in 2.c., below) | $2,314,806.33 |
| c. Debt securities held by more than 500 holders | |

Approximate number of holders:

secured ☐   unsecured ☐   subordinated ☐
secured ☐   unsecured ☐   subordinated ☐
secured ☐   unsecured ☐   subordinated ☐
secured ☐   unsecured ☐   subordinated ☐
secured ☐   unsecured ☐   subordinated ☐

d. Number of shares of preferred stock
e. Number of shares common stock

Comments, if any:

3. Brief description of debtor's business: CNC machine shop / contract manufacturer Machine components for Aerospace, oil/gas, and defense

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor: